**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
   One World Technologies, Inc., Ryobi
   Technologies, Inc. and Techtronic Industries
   North America, Inc.

DK 4593 (David R. Kott, Esq.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL FRANSEN,<br><br>   Plaintiff,<br><br>v.<br><br>ONE WORLD TECHNOLOGIES, INC. and RYOBI TECHNOLOGIES, INC.,<br><br>   Defendants. | Civil Action No. 08-05101-DMC - CCC<br>Honorable Dennis M. Cavanaugh<br><br><br><br>**CONSENT ORDER OF CONSOLIDATION** |
| MAMADY SANGARE,<br><br>   Plaintiff,<br><br>v.<br><br>RYOBI TECHNOLOGIES, INC., and ONE WORLD TECHNOLOGIES, INC.,<br><br>   Defendants. | Civil Action No. 09-303-SDW-MEA<br>Honorable Susan D. Wigenton |
| LAWRENCE A. STRELEC,<br><br>   Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., | Civil Action No. 09-742<br>Honorable Dennis M. Cavanaugh |

ME1 8225814v.1

| | |
|---|---|
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : |
| CHRISTOPHER HELMES, <br><br> Plaintiff, <br><br> v. <br><br> TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC. <br><br> Defendants. | : <br> : Civil Action No. 2:09-cv-00883 (DMC) (CCC) <br> : Honorable Dennis M. Cavanaugh <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for defendants One World Technologies, Inc. and Ryobi Technologies, Inc. in Fransen, attorneys for defendants One World Technologies, Inc. and Ryobi Technologies, Inc. in Sangare, attorneys for defendants Techtronic Industries North America, Inc. and One World Technologies, Inc. in Strelec, attorneys for defendants Techtronic Industries North America, Inc., and One World Technologies, Inc. in Helmes; and the attorney for the plaintiffs having consented to the form and entry of the within Order; and good cause appearing;

IT IS this *31* day of *March*, 2009

ORDERED that:

1. The within actions are consolidated for purposes of discovery and all pretrial purposes;

-2-

ME1 8225814v.1

2. Whether the within actions will be consolidated for purposes of trial will be decided by the Court at a later time;

3. Until further Order of the Court all pleadings in the within matters shall be electronically filed in Fransen, Docket No. 08-05101-DMC - CCC.

_____
Dennis M. Cavanaugh, U.S.D.J.

I hereby consent to the form and entry of the within Order.

_____
Robert A. Magnanini, Esq.
Attorney for Plaintiffs