| | | |
|---|---|---|
| **SANGARE** | : | UNITED STATES DISTRICT COURT |
| Plaintiff(s) | : | DISTRICT OF NEW JERSEY |
| -vs- | : | |
| **RYOBI TECHNOLOGIES, INC. et al** | : | Civil Action No. 09-0303 (SDW) (MCA)) |
| | : | ORDER |
| Defendant(s) | : | |

| | | |
|---|---|---|
| **MARTINEZ** | : | |
| Plaintiff(s) | : | Hon. Dennis M. Cavanaugh |
| | : | Civil Action No. 09-2167 (DMC) (MF) |
| -vs- | : | ORDER |
| **TECHTRONIC INDUSTRIES CO., LTD. et al** | : | |
| Defendant(s) | : | |

**THIS MATTER** having come before the Court by way of Orders of the Hon. Dennis M. Cavanaugh, U.S.D.J., dated March 31, 2009 and May 28, 2009 (See Civil Action No. 08-5101, CM/ECF Docket Entry Nos. 13 and 15), consolidating the above-captioned cases with <u>Fransen v. One World Technologies, et al.</u>, Civil Action No. 08-5101(DMC) for pretrial proceedings; and in the interest of judicial economy and for good cause shown;

**IT IS** on this 20th day of January, 2010

**ORDERED** that the dockets in the above-captioned cases shall be modified to reflect that the matters have been assigned to the Undersigned.

          *s/ Claire C. Cecchi*
          **HON. CLAIRE C. CECCHI**
          **United States Magistrate Judge**