**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
    Techtronic Industries North America, Inc., One
    World Technologies, Inc., Ryobi Technologies,
    Inc. and Home Depot, U.S.A., Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAMADY SANGARE,<br><br>    Plaintiff,<br><br>v.<br><br>RYOBI TECHNOLOGIES, INC., and<br>ONE WORLD TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 2:09-cv-303-SDW-JAD ✓<br>Honorable Susan D. Wigenton<br><br>*AMENDED*<br>ORDER CONSOLIDATING <u>SMITH</u><br>DOCKET NO. 2:11-cv-02428-SDW-MCA<br>WITH <u>SANGARE</u>, DOCKET NO. 09-303-<br>SDW-JAD, <u>FLOWER</u>, DOCKET NO. 2:09-<br>cv-2736-DMC-JAD, <u>ORCHOWSKI</u>,<br>DOCKET NO. 09-cv-03653-DMC-JAD and<br><u>BROWN</u>, DOCKET NO. 2:10-cv-05997-<br>DMC-JAD |
| WILLIAM FLOWER,<br><br>    Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD.,<br>TECHTRONIC INDUSTRIES NORTH<br>AMERICA, INC., ONE WORLD<br>TECHNOLOGIES, INC., RYOBI<br>TECHNOLOGIES, INC. and HOME DEPOT<br>U.S.A., INC.,<br><br>    Defendants. | Civil Action No. 2:09-cv-2736-DMC-JAD<br>Honorable Dennis M. Cavanaugh |
| PHILLIP ORCHOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD.,<br>TECHTRONIC INDUSTRIES NORTH<br>AMERICA, INC., ONE WORLD<br>TECHNOLOGIES, INC. and RYOBI<br>TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 2:09-cv-03653-DMC-JAD ✓<br>Honorable Dennis M. Cavanaugh |

-1-

| | |
|---|---|
| MICHAEL BROWN<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. and RYOBI TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:10-cv-05997-DMC-JAD<br>Honorable Dennis M. Cavanaugh |
| BRIAN SMITH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO., LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC. RYOBI TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC.<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:11-cv-02428-SDW-MCA<br>Honorable Susan D. Wigenton |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for defendants One World Technologies, Inc. and Ryobi Technologies, Inc. in <u>Sangare</u>, attorneys for defendants Techtronic Industries North America, Inc., One World Technologies, Inc., Ryobi Technologies, Inc. and Home Depot U.S.A., Inc. in <u>Flower</u>, attorneys for defendants Techtronic Industries North America, Inc., One World Technologies, Inc. and Ryobi Technologies, Inc. in <u>Orchowski</u>, attorneys for defendants Techtronic Industries North America, Inc., One World Technologies, Inc. and Ryobi Technologies, Inc. in <u>Brown</u> and attorneys for Techtronic Industries North America, Inc., One World Technologies, Inc., Ryobi Technologies, Inc. and Home Depot U.S.A., Inc. in <u>Smith</u>; and it appearing that on March 31, 2009 the Court (per U.S.D.J. Dennis M. Cavanaugh) entered a Consent Order of Consolidation (Document No. 13 filed on April 9, 2009 in <u>Fransen</u>) consolidating <u>Fransen</u>, <u>Sangare</u>, <u>Strelec</u> and <u>Helmes</u>; and it

appearing that on May 28, 2009 the Court (per U.S.D.J. Dennis M. Cavanaugh) entered a Consent Order Consolidating <u>Martinez</u>, Docket No. 2:09-CV-02167-DMC-MF with <u>Fransen</u>, Docket No. 08-05101-DMC-CCC, <u>Sangare</u>, Docket No. 09-303-SDW-MEA, <u>Strelec</u>, Docket No. 09-742, and <u>Helmes</u>, Docket No. 2:09-CV-00883-DMC-CCC (Document Nos. 15, 7, 8, 8, 7, respectively filed on June 5, 2009 in <u>Fransen</u>, <u>Sangare</u>, <u>Strelec</u>, <u>Helmes</u> and <u>Martinez</u>); and it appearing that on June 18, 2009 the Court (per U.S.D.J. Dennis M. Cavanaugh) entered a Consent Order Consolidating <u>Flower</u>, Docket No. 2:09-cv-2736-DMC-CCC with <u>Fransen</u>, Docket No. 08-05101-DMC-CCC, <u>Sangare</u>, Docket No. 09-303-SDW-MEA, <u>Strelec</u>, Docket No. 09-742, <u>Helmes</u>, Docket No. 2:09-CV-00883-DMC-CCC and <u>Martinez</u>, Docket No. 2:09-CV-02167-DMC-MF (Document No. 16 in <u>Fransen</u>); and it appearing that on 08/18/2009 as Document No. 10 the Court (per U.S.D.J. Dennis M. Cavanaugh) entered a Consent Order Consolidating <u>Orchowski</u>, Docket No. 09-cv-03653-DMC-CCC with <u>Fransen</u>, Docket No. 08-05101-DMC-CCC, <u>Sangare</u>, Docket No. 09-303-SDW-MEA, <u>Strelec</u>, Docket No. 09-742, <u>Helmes</u>, Docket No. 2:09-cv-00883-DMC-CCC, <u>Martinez</u>, Docket No. 2:09-cv-02167-DMC-MF, and <u>Flower</u>, Docket No. 2:09-cv-2736-DMC-CCC; and it appearing that on 12/16/10 as Document No. 6 the Court (per U.S.M.J. Joseph A. Dickson) entered a Consent Order Consolidating <u>Brown</u>, Docket No. 2:10-cv-05997-DMC-JAD with <u>Fransen</u>, Docket No. 08-05101-DMC-JAD, <u>Sangare</u>, Docket No. 09-303-SDW-JAD, <u>Strelec</u>, Docket No. 09-742, <u>Helmes</u>, Docket No. 2:09-cv-00883-DMC-JAD, <u>Flower</u>, Docket No. 2:09-cv-2736-DMC-JAD and <u>Orchowski</u>, Docket No. 09-cv-03653-DMC-JAD; and the within Order having been submitted under the Seven-Day Rule and the Court not having received any written objections to the form or entry of the within Order within seven days of the submission of the Order; and good cause appearing;

ME1 11691825v.1

IT IS this _____ day of  , 2011:

ORDERED that:

1. <u>Smith</u> is consolidated with <u>Sangare</u>, <u>Flower</u>, <u>Orchowski</u> and <u>Brown</u> for purposes of discovery and all pre-trial purposes;

2. Whether <u>Smith</u> will be consolidated for purposes of trial with <u>Sangare</u>, <u>Flower</u>, <u>Orchowski</u>, and <u>Brown</u> will be decided by the Court at a later time;

3. The within Consent Order of Consolidation shall be electronically filed in <u>Sangare</u>, Docket No. 09-303-SDW-JAD and in <u>Smith</u>, Docket No. 2:11-cv-02428-SDW-MCA; and

4. ~~Until further Order of the Court all future pleadings in Sangare, Flower, Orchowski, Brown and Smith shall be electronically filed in Sangare, Docket No. 09-303-SDW-JAD.~~

_____
Honorable Joseph A. Dickson, U.S.M.J.

MEI 11691825v.1